# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 18-6501

RUFUS MCCAULEY,

   Plaintiff - Appellant,

  v.

PAULA PAGE; DAVID HINDS,

   Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:16-ct-03044-D)

Submitted:  September 18, 2018     Decided:  September 21, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rufus McCauley, Appellant Pro Se.  Elizabeth Pharr McCullough, Madeleine Michelle Pfefferle, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rufus McCauley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant McCauley leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *McCauley v. Page*, No. 5:16-ct-03044-D (E.D.N.C. Apr. 20, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*